IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN,<br>           Plaintiffs,<br><br>v.<br><br>CERTIFIED MASONRY, INC.,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 11 C 4796<br>)<br>) Judge Kennelly<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFFS' MOTION FOR DAMAGES

Plaintiffs, Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (collectively the "Funds"), and James S. Jorgensen, by their attorneys, state:

1. On July 15, 2011, plaintiffs filed a complaint under Section 301(a), Labor Management Relations Act, 29 U.S.C. §185(a), as amended, and Section 502(a)(3) of the Employee Retirement Income Security Act, 29 U.S.C. §1132(a)(3), as amended, alleging that the Company failed to report and pay contributions for the period from April 2011 to the present.

2. On November 14, 2011, this Court entered Plaintiffs' motion for default and to compel an audit. The Funds' designated auditors from Bansley & Kiener, L.L.P., performed an audit and prepared a report covering the period from October 1, 2009 through September 30, 2011.

3. As provided by the Funds' Field Representative, Michael Christopher, and as shown by an audit report attached to Mr. Christopher's affidavit covering the period from October 1, 2009

1

through September 30, 2011, the amount of $668.42 is owed in principal contributions to the Welfare, Pension, Training, LECET, LDCLMCC, MCAF, CISCO Funds and for Union dues. Mr. Christopher's affidavit is attached hereto as Exhibit 1, together the report prepared by the firm of Bansley & Kiener, LLP.

    4.    Liquidated damages and interest are due as established by paragraph 5 of Mr. Christopher's affidavit. Liquidated damages are owed in the amount of $10,937.05, which relates to late penalties for paid contributions covering the period of August 2008 to the present. Plaintiffs specially alleged that these amounts are due in paragraph 9(e) of the Complaint.

    5.    Interest is also owed at the rate of twelve percent on delinquent amounts owed from the date of the delinquency through January 12, 2012. In this matter, interest has been calculated by Mr. Christopher in the amount of $22.67. (Affidavit of Michael Christopher Exhibit 1).

    6.    Audit fees paid by the Funds in connection with this matter are $869.72.

    7.    Reasonable attorneys' fees and costs are established by an affidavit of Karen I. Engelhardt, plaintiffs' counsel, in the amount of $2,285.00, in attorney's fees and $485.00 in costs. (Exhibit 2.

    8.    As required by Article IX , paragraph 1 of the collective bargaining agreement, all employers are required to procure, carry and maintain a surety bond in an amount that is satisfactory to the Union. This bond must be in excess of $5,000.00 to guarantee the payment of wages, Pension and Welfare Trust Contributions during the term of the Agreement. Plaintiffs request that defendants within 60 days of the date of this judgment order provide written proof that it has obtained such a surety bond to plaintiffs' counsel, Karen I. Engelhardt, Allison, Slutsky & Kennedy, P.C. , 230 W. Monroe Street, Suite 2600, Chicago, Illinois 60606.

Wherefore, plaintiffs drafted a proposed judgment order for a total judgment against in the amount of $15,267.86, which includes an order that the defendant obtain and maintain a surety bond.

Respectfully submitted,

/s/Karen I. Engelhardt
One of plaintiffs' attorneys

Allison, Slutsky & Kennedy, P.C.,
230 W. Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400

January 12, 2012